IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD COLBERT, | ) | No. CV-F-04-6417 REC/WMW P |
| | ) | |
| | ) | ORDER DENYING MOTION FOR |
| | ) | CERTIFICATE OF APPEALABILITY |
| Plaintiff, | ) | AS MOOT |
| | ) | |
| vs. | ) | |
| | ) | |
| V. YAMUMOTO, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, a state prisoner proceeding <u>in pro per</u>, has filed a Notice of Appeal from the dismissal of his complaint pursuant to the Americans with Disabilities Act, 42 U.S.C. 12132. Plaintiff couples the Notice of Appeal with a Motion for Certificate of Appealability.

A certificate of appealability is not a prerequisite to an appeal from the dismissal of plaintiff's complaint. Consequently, the court denies plaintiff's motion as moot.

///

///

1

IT IS SO ORDERED.

**Dated:  February 7, 2006**          /s/ Robert E. Coyle
668554                                 UNITED STATES DISTRICT JUDGE