# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)

| | |
|---|---|
| REGINALD COLBERT,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>BLAYLOCK; et al.,<br><br>　　　　Defendants - Appellees. | No.  06-15288<br>D.C. No.  CV-04-06417-REC<br><br>**ORDER** |

**FILED**

MAR 21 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　DEPUTY CLERK

This appeal has been taken in good faith   [X]

This appeal is not taken in good faith      [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date:  March 20, 06